**STATE OF CONNECTICUT**     :     ss: **CITY OF HARTFORD**

:

**COUNTY OF HARTFORD**     :     April 10, 2018

## MASTER AFFIDAVIT

I, Jeffrey Poulin, being duly sworn, depose and state the following:

1. I have been an officer with the Wethersfield Police Department since 2003. I am currently assigned to the U.S. Drug Enforcement Administration, Hartford Resident Office (DEA-HRO) in Rocky Hill, Connecticut as a Task Force Officer ("TFO"). During my tenure as a law enforcement officer, I1 have participated in investigations involving the possession and sale of narcotics and controlled substances. I have also attended various schools of training and seminars dealing with narcotics investigations, and have become familiar with the methods and practices of narcotics violators and the deception used by them to avoid detection by members of law enforcement agencies. In addition, I also receive periodic in-service training relative to conducting drug investigations.

2. I have written and executed search warrants, which have resulted in the seizure of illegal drugs and evidence of drug violations. I have participated in numerous investigations involving individuals suspected of distributing illegal drugs, coordinated controlled purchases of illegal drugs utilizing confidential sources, cooperating witnesses and/or undercover police officers, written, obtained and coordinated the execution of search and arrest warrants pertaining to individuals involved in the distribution of illegal drugs, and spoken with informants and subjects, as well as other local, state and federal law enforcement officers, regarding the manner in which drug distributors obtain, finance, store, manufacture, transport, and distribute their illegal drugs.

3. I am an investigator or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations and to make arrests for federal felony offenses. Based on the above training and experience, I am well-versed regarding the means and methods used by persons involved in the use, possession, transportation, distribution and sale of controlled substances, the motivation of such persons involved in these crimes, and the methods utilized to facilitate narcotics distribution.

4. I am one of the case agents who has directed an investigation of a drug trafficking organization ("DTO") that is operated by Erick SUAREZ and his associates. The investigation has revealed that SUAREZ's DTO is regularly importing into Connecticut kilogram quantities of cocaine. I am investigating SUAREZ and his associates for violations of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii) (possession with intent to distribute and/or distribution of 500 grams or more of cocaine) and 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)(ii) (conspiracy to distribute and to possess with intent to distribute five kilograms or more of cocaine) (the "Target Offenses").

5. I submit this affidavit in support of an application for a search warrant for the following location: **Storage unit "A049" located at CT Self Stor, 580 New Park Ave., West Hartford, CT ("Subject Premises #6")**. Based on payment receipts, this storage unit is listed under the name "Melody Morales." The numerals "A049" are clearly visible and are painted in green ink above this storage unit. For the reasons discussed below, I believe that there is probable cause to believe that within **Subject Premises #6** is evidence of the commission of the Target Offenses.

6.      The facts set forth herein are based on my personal knowledge and observation and upon facts relayed to me by other law enforcement officers or obtained from other reliable sources. As a result of my personal participation in this investigation, my analysis of police and investigative reports and intelligence gathered through cooperating sources, and other information which I have reviewed and determined to be accurate and reliable, I submit the facts set forth below. Because this affidavit is submitted for a limited purpose, I have not included each and every fact I know about this investigation. I have set forth only those facts necessary to establish probable cause for the requested criminal complaints, arrest warrants and search warrants.

## RELEVANT FACTS

7.      I submitted a "Master Affidavit" dated April 9, 2018 in support of the following: (a) criminal complaints charging six individuals with violations of the Target Offenses; and (b) applications for search warrants for five locations, including Erick SUAREZ's residence at 266 Tremont Street, New Britain, CT ("Subject Premises #3") and Storage unit "G020" located at CT Self Stor, 47 Chelton Avenue, West Hartford, CT ("Subject Premises #5"). A copy of the Master Affidavit is attached hereto. I hereby incorporate by reference, as if fully set forth herein, the information contained in the Master Affidavit.

8.      On April 10, 2018, investigators searched Storage unit G020 (Subject Premises #5) and found a red Toyota Camry inside the storage unit. Inside the Toyota Camry, investigators found three bundles of large amounts of U.S. Currency hidden under the shifter in the front center console area of the car. One of the bundles was inside a clear plastic wrap and the other two bundles were heat-sealed. One of the bundles had handwriting that appeared to indicate that it contained $10,000. The other two bundles were at least as large as the bundle

3

with the handwriting. In addition to the three bundles of U.S. Currency, investigators found in the glove box of the Toyota Camry a payment receipt from 2016 for **Subject Premises #6**.

9.   On April 10, 2018, investigators executed a search warrant at SUAREZ's residence at 266 Tremont Street, New Britain, CT (Subject Premises #3) and found a payment receipt from 2017 for **Subject Premises #6**.

10.   On April 10, 2018, when investigators were at 266 Tremont Street, they observed the 2014 Honda Odyssey that is used and operated by SUAREZ parked in the driveway at 266 Tremont Street. As discussed in the Master Affidavit, CS-1 advised that SUAREZ owns and operates the Honda Odyssey, which is registered to GONZALEZ's girlfriend, Kayla DEJESUS at 867 East Street, 1st Floor, New Britain, CT. Investigators have observed the Honda Odyssey Minivan parked in the driveway of SUAREZ's residence at 266 Tremont Street on numerous occasions, to include during the overnight hours. On April 10, 2018, SUAREZ confirmed that the Honda Odyssey belonged to him.

11.   On April 10, 2018, SUAREZ provided investigators with consent to search the Honda Odyssey. While conducting a consent search of the Honda Odyssey, investigators found another payment receipt for **Subject Premises #6**. The payment receipt shows that the unit is rented under the name "Melody Morales" at 116 Bonner St., Hartford, CT 06106. The transaction date for the payment receipt is March 20, 2018 and shows that it was paid in cash. The payment receipt covers rent for the unit from March 22, 2018 through April 21, 2018 and also covers insurance in the amount of $1,000 for the unit.

12.   On or about April 10, 2018, U.S. Postal Inspector Jason Bourdeau and Wethersfield Police K-9 Officer Murphy went to the CT Self Stor facility at 580 New Park Ave. in West Hartford, CT to have Officer Murphy's narcotics detection canine ("K9 Marly") conduct

a sniff of the storage lockers at the facility. After locating the target storage unit (**Subject Premises #6**), USPI Bourdeau gave a general location to Wethersfield Police Department K9 Officer Shane Murphy, advising that the target storage unit was between Storage Units A049 and Storage Unit A044. USPI Bourdeau then observed Officer Murphy and his K9 make several passes between the Storage Unit A049 through Storage Unit A044. Officer Murphy's K9 alerted to the Storage Unit A049 (**Subject Premises #6**) on several of the passes. Specifically, Officer Murphy's K9 (Marly) alerted to the bottom right corner of the door to Storage Unit A049 (**Subject Premises #6**) and the Master Lock keyed padlock which was affixed to the locking bar of the door to Storage Unit A049 (**Subject Premises #6**).

## Conclusion

13. Based on the aforementioned information, I believe that there is probable cause to authorize a warrant to search the storage unit described as follows: **Storage unit "A049" located at CT Self Stor, 580 New Park Ave., West Hartford, CT (Subject Premises #6)**, for evidence of violations of the Target Offenses, as more particularly described in Attachment A.

Jeffrey Poulin
Task Force Officer, DEA

Subscribed and sworn to before me this  10th  day of April, 2018 at Hartford, Connecticut.

/s/ Robert A. Richardson

HON. ROBERT A. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A
### (Items to be Seized)

a.     United States currency, money orders and other financial instruments;

b.     books, records, receipts, notes, ledgers, and other papers and documentation relating to the transportation, receipt, sale and distribution of controlled substances;

c.     proceeds of drug sales and records of drug transactions; precious metals, jewelry and other items of value that may constitute proceeds of drug transactions; the evidence of financial transactions relating to obtaining, transferring, secreting or spending of sums of money made from engaging in narcotics trafficking activities;

d.     contraband, quantities of narcotics, scales, cutting agents and diluents and drug packaging materials;

e.     addresses or telephone numbers in books, papers, cellular telephones or electronic organizers, and their electronically stored contents, which reflect names, addresses, telephone numbers of and text messages to or from their associates and/or clients in narcotic trafficking activity;

f.     photographs and videotapes of participants and associates in narcotic trafficking activity and property acquired as a consequence of narcotics trafficking activities;

g.     firearms, ammunition and other weapons;

h.     safes and other secure storage containers and their contents;

i.     identification documents and keys evidencing a possessory interest in premises, vehicles and storage containers.